









GOVERNMENT
EXHIBIT
1

GOVERNMENT
EXHIBIT
2

DEFENDANT'S
EXHIBIT
1

DEFENDANT'S
EXHIBIT
2
tabbies

Z71
DEFENDANT'S
EXHIBIT
3
tabbies

GM
MFD BY GENERAL MOTORS OF CANADA LTD. 11/99
GVWR
2903KG(6400LB)
GAWR FRT
1780KG(3925LB)
GAWR RR
1701KG(3750LB)
THIS VEHICLE CONFORMS TO ALL APPLICABLE U.S. FEDERAL MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE.
2GCEK19T7Y1208069 TYPE: TRUCK
MODEL: K15753
KPMZ TIRE SIZE SPEED RTG RIM COLD TIRE PRESSURE
FRT P265/75R16 S 16X7/6.5J 240KPA(35PSI)
RR P265/75R16 S 16X7/6.5J 240KPA(35PSI)
SEE OWNER'S MANUAL FOR MORE INFORMATION.
DEFENDANT'S EXHIBIT
4

CHEVROLE
AUG
Missouri
7RC 042
20
DEFENDANT'S
EXHIBIT
5