IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CR-00806-SNLJ |
| EDWARD WINGO | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

Comes now Defendant EDWARD WINGO, and executes this Waiver of a Speedy Trial, pursuant to Title 18 U.S.C.§ 3161, et seq. He further states to the Court that he has been advised by counsel and understands that the statute, commonly known as the Speedy Trial Act, provides time limits to insure that a criminal case proceeds to a conclusion without unnecessary delay at any stage; that ordinarily a trial is scheduled to start not less than thirty (30) days from the date when the Defendant first appeared with counsel or more than seventy (70) days from the time the Defendant entered a plea of not guilty; and that certain periods of delay would be excluded from calculating the seventy (70) day limitation.

Defendant further states to the Court that he believes the ends of justice would best be served by executing said Waiver and such Waiver would outweigh the interests of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this Waiver of his rights under the Speedy Trial Act.

_____

Edward Wingo

DATED this 17th Day of March, 2021.

Respectfully submitted,

/s/ *Tyler K. Morgan*
TYLER K. MORGAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: tyler_morgan@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jillian Anderson, Assistant United States Attorney.

/s/ *Tyler K. Morgan*
TYLER K. MORGAN
Assistant Federal Public Defender